JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-146-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL EXHIBITS |
| JEREMIAH PECKHAM, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of the defense to file Exhibits 1 and 4 to Defense Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 1 and 4 be filed under seal.

DATED this 1st day of March 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Jerimiah Peckham

ORDER TO SEAL EXHIBITS
(*U.S. v. Peckham,* CR23-146-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**